ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

HECTOR VEGA,

    Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO FILE INFORMATION

08 Cr. ___

**08 CRIM 364**

JUDGE SULLIVAN

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          April 16, 2008

MICHAEL J. GARCIA
United States Attorney

By: _____
    PARVIN MOYNE
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    PAUL MADDEN, ESQ.
    Attorney for HECTOR VEGA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

4/17/08 WHEEL A