JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :
                                    INFORMATION
         -v.-                    :

HECTOR VEGA,                     :   08 CRIM 364

              Defendant.         :

- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

In January 2008, in the Southern District of New York and elsewhere, HECTOR VEGA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, VEGA and others conspired to commit robbery of an apartment in the Bronx, New York that they believed to contain multiple kilograms of cocaine.

(Title 18, United States Code, Section 1951.)

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 22 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

HECTOR VEGA,

Defendant.

**INFORMATION**

08 Cr. ___

(18 U.S.C. § 1951)

MICHAEL J. GARCIA
United States Attorney.

4/22/08 - Deft. present with attorney Paul Madden, Esq. AUSA, Parvin Moyne and Spanish Interp, present. Deft. waived indictment. Deft. was arraigned; he entered a not guilty plea to the Information. On Consent, time is excluded from 4/22/08 to 5/2/08 for purposes of Speedy Trial Act. A control date for the next conference before Judge Sullivan is set for 5/2/08. Deft's Bail Status cont'd detained.

S/Eaton, J. U.S.M.J.