JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      v.                        :        08 CRIM 364

HECTOR VEGA,                    :

      Defendant.                :

- - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 1951, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
_____
        Defendant

_____
         Witness

_____
   Counsel for Defendant
```

Date:    April 22, 2008



0202