```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :
                                         PRIOR FELONY INFORMATION
         - v. -                     :
         -v.-                            S1 08 Cr. 364 (RJS)
                                    :
ERIBERTO TRINIDAD,
     a/k/a "Hector Vega,"           :

                Defendant.          :
- - - - - - - - - - - - - - - - - - -X
```

The United States Attorney charges:

1. On or about November 1, 2002, in Bronx Supreme Court, ERIBERTO TRINIDAD, a/k/a "Hector Vega," the defendant, was convicted upon a plea of guilty under the Criminal Law of the State of New York relating to narcotic drugs, namely, criminal sale of a controlled substance in the third degree of a narcotic drug, a class B felony, for which he received a sentence of two to six years' imprisonment.

Accordingly, ERIBERTO TRINIDAD, a/k/a "Hector Vega," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1), and 846.

(Title 21, United States Code, Section 851.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

```
        Form No. USA-33s-274 (Ed. 9-25-58)


        ═══════════════════════════════════

           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

        ═══════════════════════════════════


               UNITED STATES OF AMERICA

                        - v -

                  ERIBERTO TRINIDAD,
                 a/k/a "Hector Vega,"

        ═══════════════════════════════════

                PRIOR FELONY INFORMATION
                ────────────────────────

                   S1 08 Cr. 364 (RJS)

          (Title 21, United States Code, Section
                         851.)




                     MICHAEL J. GARCIA
                     ─────────────────
                  United States Attorney.




                   ═══════════════════
```